*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

**No. 13-BG-1056**

IN RE:  FRANK B. CEGELSKI
                            Respondent.
**Bar Registration No.  414766**                **BDN: 327-13**

BEFORE:  Blackburne-Rigsby, Associate Judge, and Newman and Nebeker, Senior Judges.

**ORDER**
(FILED - December 26, 2013)

On consideration of the certified order of the Supreme Court of the State of New York accepting the voluntary resignation while disciplinary charges were pending, this court's October 10, 2013, order suspending respondent pending further action of the court and directing him to show cause why the functionally identical reciprocal discipline in the form of a five-year suspension with a fitness requirement should not be imposed, the statement of Bar Counsel regarding reciprocal discipline, and it appearing that respondent has failed to file either a response to this court's order or his D.C. Bar R. XI, §14 (g) affidavit, it is

ORDERED that Frank B. Cegelski is hereby suspended from the practice of law in the District of Columbia for a period of five years, with reinstatement contingent on a showing of fitness, including payment of the restitution imposed by the state of New York.  *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate).   It is

FURTHER ORDERED that for purposes of reinstatement respondent's period of suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14 (g).

**PER CURIAM**